No. 735. The People, Plaintiff and Respondent, v. Ochart, Defendant and Appellant.—Appeal from the District Court of Arecibo in a prosecution for violation of section 162 of the Penal Code. Decided December 1, 1914. Judgment affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The defendant did not appear.

No. 1244. Alonso, Riera & Co., Plaintiffs and Respondents, v. Riera, Defendant and Appellant.—Appeal from the District Court of San Juan, Section 1, in an action of debt. Motion by respondents for dismissal of the appeal for failure to file a transcript of the record. Decided December 2, 1914. Appeal dismissed. *Mr. Jacinto Texidor* for the respondents. *Mr. José Martínez Dávila* for the appellant.

No. 736. The People, Plaintiff and Respondent, v. Monsegur, Defendant and Appellant.—Appeal from the District Court of Mayagüez in a prosecution for carrying prohibited weapons. Decided December 10, 1914. Judgment affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.

No. 724. The People, Plaintiff and Respondent, v. Rosario, Defendant and Appellant.—Appeal from the District Court of Arecibo in a prosecution for an offense against the public health. Decided December 11, 1914. Judgment affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.

No. 1249. Alonso, Riera & Co., Plaintiffs and Appellants, v. Riera, Defendant and Respondent.—Appeal from

the District Court of San Juan, Section 1, in an action of debt. Motion by appellants for leave to withdraw the appeal. Decided December 14, 1914. ' Motion sustained. *Mr. Jacinto Texidor* for appellants. The respondent did not appear.

---

No. 740. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* COLÓN, DEFENDANT AND APPELLANT.—

No. 741. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* SANTIAGO, DEFENDANT AND APPELLANT.—

No. 742. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RODRÍGUEZ, DEFENDANT AND APPELLANT.—

No. 743. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RAMOS, DEFENDANT AND APPELLANT.—

Appeals from the District Court of Mayagüez in prosecutions for violations of the Election Law. Decided December 16, 1914. Judgments affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.

---

No. 1250. LÓPEZ ET AL., PLAINTIFFS AND APPELLANTS *v.* SALDAÑA ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of San Juan, Section 1, in an action for annulment of contract, damages, etc. Motion by respondents to dismiss the appeal for failure to file a transcript of the record. Decided December 16, 1914. Appeal dismissed. *Mr. Juan Gregory, Jr.,* for the appellants. *Mr. Antonio Sarmiento* for the respondents.

---

No. 745. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* VÉLEZ, DEFENDANT AND APPELLANT.—Appeal from the District Court of Mayagüez in a prosecution for carrying prohibited weapons. Decided December 17, 1914. Judgment affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.